IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00151-WYD-CBS

THERESA L. SHAVER, D.D.S; and
SHIPWRECK RANCH, P.C., a dissolved Colorado Professional Dental Services
Corporation, successor-in-interest to FRONT RANGE ORTHODONTICS, P.C.,

      Plaintiffs,

v.

ORTHODONTIC CENTERS OF COLORADO, INC., a Delaware Corporation and wholly
owned subsidiary of ORTHODONTIC CENTERS OF AMERICA, INC.;
ORTHODONTIC CENTERS OF AMERICA, INC., a Delaware Corporation; and
BART PALMISANO, SR.,

      Defendants.
_____

**ORDER STAYING CASE**
_____

      THIS MATTER is before the Court on the Notice of Automatic Stay filed April 18, 2006 by Defendants OCA, Inc. (formerly known as Orthodontic Centers of Colorado, Inc.) and Orthodontic Centers of Colorado, Inc.  As stated in that Notice, these Defendants filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Louisiana on March 14, 2006.

      As a result of the automatic stay, this case cannot proceed in this Court against these Defendants until relief from the automatic stay pursuant to 11 U.S.C. § 362(a) is granted, *see* 11 U.S.C. § 362(d), or the matter is closed, dismissed or otherwise resolved by the Bankruptcy Court, *see* 11 U.S.C. § 362(c)(2).  Further, I find that it does

not make sense from the standpoint of the Court's or the parties' resources to allow the case to proceed against the remaining defendant while the case is stayed as to the other defendants. Accordingly, it is

ORDERED that this case is **STAYED**.  It is

FURTHER ORDERED that the parties shall promptly notify the Court when the automatic stay has been granted or the Bankruptcy Court has otherwise resolved Defendants' Chapter 11 Petitions so that the stay can be lifted and this case can proceed.

Dated:  April 28, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge