IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00151-WYD-CBS

THERESA L. SHAVER, D.D.S; and
SHIPWRECK RANCH, P.C., a dissolved Colorado Professional Dental Services Corporation, successor-in-interest to FRONT RANGE ORTHODONTICS, P.C.,

    Plaintiffs,

v.

ORTHODONTIC CENTERS OF COLORADO, INC., a Delaware Corporation and wholly owned subsidiary of ORTHODONTIC CENTERS OF AMERICA, INC.;
ORTHODONTIC CENTERS OF AMERICA, INC., a Delaware Corporation; and
BART PALMISANO, SR.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion for Leave to File the Attached Sur-reply to the Reply of Orthodontic Centers of Colorado, Inc. and Orthodontic Centers of America, Inc. to Response to Motion to Transfer (filed September 21, 2006) is **GRANTED**.  The Clerk of the Court is directed to accept for filing Plaintiffs' attached sur-reply with exhibits.

    Dated:  September 21, 2006