IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00151-WYD-CBS

THERESA L. SHAVER, D.D.S; and
SHIPWRECK RANCH, P.C., a dissolved Colorado Professional Dental Services Corporation, successor-in-interest to FRONT RANGE ORTHODONTICS, P.C.,

    Plaintiffs,

v.

ORTHODONTIC CENTERS OF COLORADO, INC., a Delaware Corporation and wholly owned subsidiary of ORTHODONTIC CENTERS OF AMERICA, INC.;
ORTHODONTIC CENTERS OF AMERICA, INC., a Delaware Corporation; and
BART PALMISANO, SR.,

    Defendants.
_____

**ORDER**
_____

THIS MATTER is before the Court on the Order issued by the United States Bankruptcy Court for the Eastern District of Louisiana on September 19, 2006.  As stated in that Order, Defendants OCA, Inc. (formerly known as Orthodontic Centers of Colorado Inc.) and Orthodontic Centers of Colorado, Inc. filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Louisiana on March 14, 2006.  As a result of that filing, an automatic stay under 11 U.S.C. § 362 was put in place by Order dated May 1, 2006.  On August 30, 2006, these Plaintiffs moved for relief from the automatic stay.  The Bankruptcy Court found just cause for the granting of partial relief to the Plaintiffs by Order dated September 19, 2006.

As a result of the Bankruptcy Court's Order, this case can proceed in this Court against these Defendants for the limited purpose outlined in the Bankruptcy Court's Order.  Specifically, the Bankruptcy Court ordered that the automatic stay be modified to permit this case to be prosecuted to final judgment on "only the claims regarding whether the contracts between the parties, including specifically the Business Service Agreements (as may have been amended), are void *ab initio*, illegal and/or unenforceable on their face under applicable state law."  I find that the relief requested in Plaintiffs' Motion for Summary Judgment Declaring Defendants' Business Services Agreement Illegal falls within the above cited category of claims that can be pursued.  Accordingly, it is

ORDERED that the stay in this case is modified to allow Plaintiffs' Motion for Summary Judgment Declaring Defendants' Business Services Agreement Illegal to proceed.

Dated:  November 17, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge