UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00151-WYD-CBS

THERESA L. SHAVER, D.D.S., and
SHIPWRECK RANCH, P.C.

     Plaintiffs,

v.

ORTHODONTIC CENTERS OF COLORADO, INC.;
ORTHODONTIC CENTERS OF AMERICA, INC.; and
BARTHOLEMEW F. PALMISANO, SR.,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendants' Motion for Second Extension of Time to File Opposition to Motion for Summary Judgment filed November 21, 2006, is **GRANTED**.  Defendants Orthodontic Centers of Colorado, Inc. and Orthodontic Centers of America, Inc. have until **January 15, 2007**, to file their Opposition brief.

     Dated:  December 11, 2006