IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00151-WYD-CBS

THERESA L. SHAVER, D.D.S; and
SHIPWRECK RANCH, P.C., a dissolved Colorado Professional Dental Services
Corporation, successor-in-interest to FRONT RANGE ORTHODONTICS, P.C.,

      Plaintiffs,

v.

ORTHODONTIC CENTERS OF COLORADO, INC., a Delaware Corporation and wholly
owned subsidiary of ORTHODONTIC CENTERS OF AMERICA, INC.;
ORTHODONTIC CENTERS OF AMERICA, INC., a Delaware Corporation; and
BART PALMISANO, SR.,

      Defendants.

---

## ORDER OF DISMISSAL

---

      THIS MATTER is before the Court on Defendants' Unopposed Motion to Reopen
Case for Purpose of Entering Stipulation for Dismissal With Prejudice and the parties'
Stipulation for Dismissal with Prejudice.  The Court, having considered the motion and
stipulation and being fully advised in the premises, hereby

      ORDERS that Defendants' Unopposed Motion to Reopen Case for Purpose of
Entering Stipulation for Dismissal With Prejudice is **GRANTED**.  This action, which had
previously been administratively closed, is reopened for the purpose of approving a
stipulation for dismissal with prejudice.  It is

      FURTHER ORDERED that the Stipulation for Dismissal With Prejudice is
**APPROVED.**  All of Plaintiffs' claims that were or could have been asserted against

Defendants and all of Defendants' counterclaims that were or could have been asserted against Plaintiffs in the above-titled action are **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorneys' fees.

Dated:  May 30, 2008

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES DISTRICT JUDGE